UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEREMY JAY SPINKS, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:05-cv-1165-SEB-VSS |
| AL PARKES, et al., | ) ) |
| Defendants. | ) ) |

**E N T R Y**

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to pay the initial partial filing fee as directed in the Entry of September 8, 2005.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED**.

Date: 01/13/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana