**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

JEREMY JAY SPINKS,                    )
                                      )
                    Plaintiff,        )
v.                                    )         No. 1:05-cv-1165-SEB-VSS
                                      )
AL PARKES, et al.,                    )
                                      )
                    Defendants.       )

### J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: _01/13/2006_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Jeremy Jay Spinks
DOC #925734
Putnamville Correctional Center
1500 West U.S. 40
Greencastle, IN 46135-9275